## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **PATAGONIA, INC.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-cv-00096-NT** |
| | ) | |
| **MARDEN'S,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>ORDER OF RECUSAL</u>

In accordance with the provisions of 28 U.S.C. § 455, I hereby <u>RECUSE</u> myself from acting in any proceeding in this matter.


Dated:  April 24, 2025


<u>/s/ Karen Frink Wolf</u>
Karen Frink Wolf
United States Magistrate Judge
