# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATAGONIA, INC.<br><br>       Plaintiff,<br><br>v.<br><br>MARDEN'S and EZILY DONE LLC<br><br>       Defendants. | Case No. 1:25-cv-00096-NT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EZILY DONE LLC**<br><br>**JURY TRIAL DEMANDED** |

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiff Patagonia, Inc. voluntarily dismisses the action against defendant Ezily Done LLC, without prejudice. As of this date, Ezily Done LLC has not filed an answer (or otherwise responded to the complaint) or a motion for summary judgment.

- 2 -

Dated: April 29, 2025     VERRILL DANA, LLP

By: */s/ Jeffrey D. Russell*
    JEFFREY D. RUSSELL (ME Bar No. 4506)

    One Portland Square
    Portland, ME 04101-4054
    (207) 774-4000
    jrussell@verrill-law.com

Dated: April 29, 2025     VERSO LAW GROUP LLP

By: */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST
    RYAN BRICKER
    SOPHY J. TABANDEH
    PAYMANEH PARHAMI
    KOURTNEY SPEER

Attorneys for Plaintiff
PATAGONIA, INC.