# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATAGONIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARDEN'S and EZILY DONE LLC, <br><br> Defendants. | Case No. 1:25-cv-00096-NT <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiff Patagonia, Inc. voluntarily dismisses the action without prejudice. Defendant Ezily Done LLC was previously dismissed (Dkt. 16) and as of this date, remaining defendant Marden's has not filed an answer (or otherwise responded to the complaint) or a motion for summary judgment.

Respectfully submitted,

Dated: May 22, 2025         VERRILL DANA, LLP


By: *Jeffrey D. Russell*
JEFFREY D. RUSSELL (ME Bar No. 4506)
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
jrussell@verrill-law.com

Dated: May 22, 2025         VERSO LAW GROUP LLP


By: */s/ Gregory S. Gilchrist*
GREGORY S. GILCHRIST (*pro hac vice*)
PAYMANEH PARHAMI (*pro hac vice*)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
(415) 534-0495
greg.gilchrist@versolaw.com
paymaneh.parhami@versolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all registered counsel of record.

By: *Jeffrey D. Russell*
JEFFREY D. RUSSELL (ME Bar No. 4506)
Verrill Dana, LLP
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
jrussell@verrill-law.com